
## U.S. District Court
## DISTRICT OF ARIZONA (Prescott Division)
## CRIMINAL DOCKET FOR CASE #: 3:09-cr-08041-FJM All Defendants

Case title: USA v. Smith                              Date Filed: 04/08/2009

Assigned to: Judge Frederick J Martone

**Defendant (1)**

**Toby Smith**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:1153, 2244(a)(1) and 2246(3) (CIR - Abusive Sexual Contact) (1-2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**

**USA**                              represented by **Dyanne Christine Greer**
                                                     US Attorneys Office
                                                     40 N Central Ave
                                                     Ste 1200
                                                     Phoenix, AZ 85004-4408
                                                     602-514-7500
                                                     Fax: 602-514-7650
                                                     Email: dyanne.greer@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2009 | 1 | INDICTMENT as to Toby Smith (1) count(s) 1-2. (DMT, ) (Entered: 04/09/2009) |
| 04/08/2009 | 2 | ORDER that the provisions of 18 U.S.C. 3509 apply in this action as to Toby Smith. Signed by Magistrate Judge David K Duncan (PS) on 4/8/09. (see order for details)(DMT, ) (Entered: 04/09/2009) |
| 04/08/2009 | 3 | NOTICE that no probable conflict exists by USA as to Toby Smith (DMT, ) (Entered: 04/09/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/04/2009 12:07:06 | | | |
| PACER Login: | us4436 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:09-cr-08041-FJM |
| Billable Pages: | 1 | Cost: | 0.08 |

```
      FILED      ___ LODGED
 ___ RECEIVED    ___ COPY

      APR  8 2009

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Toby Smith,<br><br>            Defendant. | NO. **CR 09 80 4 1 PCT FJM DKD**<br><br>**REDACTED**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 2244(a)(1) and 2246(3)<br>(CIR - Abusive Sexual Contact)<br>Counts 1 and 2 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 19, 2006, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, TOBY SMITH, an Indian, did knowingly engage in sexual contact with victim, Jane Doe, a child who had not yet attained the age of twelve years. The sexual contact involved the intentional touching, either directly or through the clothing, of the victim's breast, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of any person.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(1) and 2246(3).

### COUNT 2

On or about May 19, 2006, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, TOBY SMITH, an Indian, did knowingly

1  engage in sexual contact with victim, Jane Doe, a child who had not yet attained the age of
2  twelve years. The sexual contact involved the intentional touching, either directly or through the
3  clothing, of the victim's genitalia, with an intent to abuse, humiliate, harass, degrade or arouse
4  or gratify the sexual desire of any person.
5     In violation of Title 18, United States Code, Sections 1153, 2244(a)(1) and 2246(3).

                               A TRUE BILL

                               /s/
                               FOREPERSON OF THE GRAND JURY
                               Date: April 8, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona


/s/
DYANNE C. GREER
Assistant U.S. Attorney

2